The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT and ELYNNE MOORE; TED and ELAINE DAVIS; REID and TERESA BROWN; SHAWN and TRINA HUARTE; ANNETTE MCNABB; EUGENE and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL, <br><br>　　　　　　　　　　Plaintiffs, <br><br>vs. <br><br>KING COUNTY, a home rule charter county, and THE CITY OF SAMMAMISH, an Incorporated Municipality, <br><br>　　　　　　　　　　Defendants. | CIVIL CASE NO. 2:15-cv-00970-MJP <br><br> NOTICE OF APPEARANCE |

TO:　PLAINTIFFS, above named; and

TO:　THOMAS S. STEWART, ELIZABETH MCCULLEY, MICHAEL J. SMITH, and STEWARD, WALD & MCCULLEY, LLC, attorneys for Plaintiffs; and

TO:　DARYL A. DEUTSCH, and RODGERS DEUTSCH & TURNER, P.L.L.C., co-counsel for Plaintiffs; and

TO:　KING COUNTY, Defendant; and

NOTICE OF APPEARANCE - 1
NO.: 2:15-cv-00970-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

TO: ANDREW W. MARCUSE, DAVID J. HACKETT, and KING COUNTY PROSECUTING ATTORNEY'S OFFICE, CIVIL DIVISION; and

TO: CLERK OF THE COURT.

Defendant City of Sammamish appears in this action through Michael R. Kenyon, Kim Adams Pratt, David A. Linehan, and Kenyon Disend, PLLC, 11 Front Street South, Issaquah, Washington 98027-3820, without waiving objection as to improper service, venue, or jurisdiction, and requests that all further papers and pleadings herein, except original process, be served upon the Attorneys of Record at the address shown on this Notice.

DATED this 19th day of June, 2015.

    KENYON DISEND, PLLC

By  s/David A. Linehan
David A. Linehan, WSBA No. 34281
Kenyon Disend, PLLC
11 Front Street South
Issaquah, Washington 98027-3820
Telephone: (425) 392-7090
Fax: (425) 392-7071
Email: David@kenyondisend.com
Attorneys for Defendant City of Sammamish

NOTICE OF APPEARANCE - 2
NO.: 2:15-cv-00970-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

## CERTIFICATE OF SERVICE

I, Margaret C. Starkey, declare and state:

1. I am a citizen of the State of Washington, over the age of eighteen years, not a party to this action, and competent to be a witness herein.

2. On the 19th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Daryl Allan Deutsch**
daryl@rdtlaw.com

- **David JW Hackett**
david.hackett@kingcounty.gov, lebryna.tamaela@kingcounty.gov, kris.bridgman@kingcounty.gov

- **Elizabeth G McCulley**
mcculley@swm.legal, Houske@swm.legal, stewart@swm.legal, Bond@swm.legal

- **Kim Adams Pratt**
- **Michael R. Kenyon**
kim@kenyondisend.com, Mike@kenyondisend.com, sheryl@kenyondisend.com, mary@kenyondisend.com, kathys@kenyondisend.com, margaret@kenyondisend.com

- **Michael J Smith**
smith@swm.legal, tebbe@swm.legal

- **Thomas S. Stewart**
stewart@swm.legal, Houske@swm.legal, hollymama37@sbcglobal.net, Bond@swm.legal, Mcculley@swm.legal

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

\\\

\\\

NOTICE OF APPEARANCE - 3
NO.: 2:15-cv-00970-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

DATED this 19th day of June, 2015, at Issaquah, Washington.

_Margaret C. Starkey_
Margaret C. Starkey
Kenyon Disend, PLLC
11 Front Street South
Issaquah, Washington 98027-3820
Margaret@kenyondisend.com
Telephone: (425) 392-7090
Fax: (425) 392-7071

NOTICE OF APPEARANCE - 4
NO.: 2:15-cv-00970-RSL

Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071