The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT and ELYNNE MOORE; TED and ELAINE DAVIS; REID and TERESA BROWN; SHAWN and TRINA HUARTE; ANNETTE MCNABB; EUGENE and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL,<br><br>                Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a home rule charter county, and THE CITY OF SAMMAMISH, an Incorporated Municipality,<br><br>                Defendants. | CIVIL CASE NO. 2:15-cv-00970-MJP<br><br>NOTICE OF CHANGE OF ADDRESS |

Attorney David A. Linehan files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, and the like for David A. Linehan shall be sent to:

\\\

\\\

\\\

NOTICE OF CHANGE OF ADDRESS - 1
NO.: 2:15-cv-00970-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

| | |
|---|---|
| 1 | David A. Linehan |
| 2 | Kenyon Disend, PLLC<br>11 Front Street South |
| 3 | Issaquah, Washington 98027-3820<br>Telephone: 425/382-7090 |
| 4 | Fax: 425/392-7071<br>E-mail: David@kenyondisend.com |

RESPECTFULLY submitted this 19th day of June, 2015.

KENYON DISEND, PLLC

By   s/David A. Linehan
    David A. Linehan, WSBA No. 34281
    Kenyon Disend, PLLC
    11 Front Street South
    Issaquah, Washington 98027-3820
    Telephone: (425) 392-7090
    Fax: (425) 392-7071
    Email: David@kenyondisend.com
    Attorneys for Defendant City of Sammamish

NOTICE OF CHANGE OF ADDRESS - 2
NO.: 2:15-cv-00970-RSL

Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

CERTIFICATE OF SERVICE

I, Margaret C. Starkey, declare and state:

1. I am a citizen of the State of Washington, over the age of eighteen years, not a party to this action, and competent to be a witness herein.

2. On the 19th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Daryl Allan Deutsch**
daryl@rdtlaw.com

- **David JW Hackett**
david.hackett@kingcounty.gov, lebryna.tamaela@kingcounty.gov, kris.bridgman@kingcounty.gov

- **Elizabeth G McCulley**
mcculley@swm.legal, Houske@swm.legal, stewart@swm.legal, Bond@swm.legal

- **Kim Adams Pratt**
- **Michael R. Kenyon**
kim@kenyondisend.com, Mike@kenyondisend.com, sheryl@kenyondisend.com, mary@kenyondisend.com, kathys@kenyondisend.com, margaret@kenyondisend.com

- **Michael J Smith**
smith@swm.legal, tebbe@swm.legal

- **Thomas S. Stewart**
stewart@swm.legal, Houske@swm.legal, hollymama37@sbcglobal.net, Bond@swm.legal, Mcculley@swm.legal

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

\\\

NOTICE OF CHANGE OF ADDRESS - 3
NO.: 2:15-cv-00970-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

1
2
3
4
5
6
7

DATED this 19th day of June, 2015, at Issaquah, Washington.

_____
Margaret C. Starkey
Kenyon Disend, PLLC
11 Front Street South
Issaquah, Washington 98027-3820
Margaret@kenyondisend.com
Telephone: (425) 392-7090
Fax: (425) 392-7071

NOTICE OF CHANGE OF ADDRESS - 4
NO.: 2:15-cv-00970-RSL

**KENYON DISEND**
Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071