IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT and ELYNNE MOORE; TED and ELAINE DAVIS; REID and TERESA BROWN; SHAWN and TRINA HUARTE; ANNETTE MCNABB; EUGENE and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL,<br><br>    Plaintiffs,<br>vs.<br><br>KING COUNTY, a home rule charter county, and THE CITY OF SAMMAMISH, an Incorporated Municipality<br><br>    Defendants. | Case No.: 2:15-cv-00970<br><br>CORPORATE DISCLOSURE STATEMENT |

Plaintiffs make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. Lake Sammamish 4257 LLC is a Washington limited liability company, and states that it has no parent corporation and no publicly held corporation owning 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT
PAGE 1
Case No.: 2:15-cv-00970

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington 98005-2440
Tel. (425) 455-1110  Fax (425) 455-1626

| | |
|---|---|
| Date: June 24, 2015. | STEWART, WALD & MCCULLEY, LLC |
| | BY: /s/ *Thomas S. Stewart* |
| | Thomas S. Stewart |
| | Elizabeth McCulley |
| | Michael J. Smith |
| | 9200 Ward Parkway, Suite 550 |
| | Kansas City, MO 64114 |
| | Telephone:     (816) 303-1500 |
| | Facsimile:      (816) 527-8068 |
| | stewart@swm.legal |
| | mcculley@swm.legal |
| | smith@swm.legal |
| | and |
| | Daryl A. Deutsch, WSBA No. 11003 |
| | RODGERS DEUTSCH & TURNER, P.L.L.C. |
| | 3 Lake Bellevue Dr. Suite 100 |
| | Bellevue, WA  98005 |
| | Telephone      (425) 455-1110 |
| | Facsimile       (425) 455-1626 |
| | daryl@rdtlaw.com |
| | **ATTORNEYS FOR PLAINTIFFS** |

### **CERTIFICATE OF SERVICE**

On the 24th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Daryl Allan Deutsch**

daryl@rdtlaw.com

- **David JW Hackett**

david.hackett@kingcounty.gov;, lebryna.tamaela@kingcounty.gov, kris.bridgman@kingcounty.gov

- **Kim Adams Pratt**
- **Michael R. Kenyon**

kimAkenyondisend.com;  Mike@kenyondisend.com, sheryl@kenyondisend.com, mary@kenyondisend.com, kathys@kenyondisend.com, margaret@kenvondisend.com

/s/ *Thomas S. Stewart*

CORPORATE DISCLOSURE STATEMENT
PAGE 2
Case No.: 2:15-cv-00970

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington  98005-2440
Tel. (425) 455-1110  Fax (425) 455-1626