# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| TRACY NEIGHBORS et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY and CITY OF SAMMAMISH, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C15-970 MJP |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the case is dismissed without prejudice for lack of federal jurisdiction.

Dated June 29, 2015.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk